MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Acting Criminal Chief

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-0931
Facsimile: (408) 535-5066
E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00048 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INFORMATION (DOCKET ENTRY 61) AS TO GERARDO ORTEGA GONZALEZ; ORDER** |
| GERARDO ORTEGA GONZALEZ, | ) | |
| Defendant. | ) | |

MOTION TO DISMISS INFORMATION
U.S. v. ORTEGA GONZALEZ, CR 10-00048 DLJ

1  Upon the guilty plea by defendant Ortega Gonzalez to count one of the superseding
2  indictment, the government moves to dismiss the information filed September 9, 2010 (docket
3  entry 61). A proposed order follows.

Respectfully submitted,

Dated: June 1, 2011

MELINDA HAAG
United States Attorney

/s/

---

NATHANAEL M. COUSINS
Assistant United States Attorney

\* \* \*

**ORDER**

On the government's unopposed motion, it is ORDERED that the information (docket entry 61) is DISMISSED as to defendant Gerardo Ortega Gonzalez.

DATE: June 2, 2011

---

Hon. D. Lowell Jensen
Senior United States District Court Judge

MOTION TO DISMISS INFORMATION
U.S. v. ORTEGA GONZALEZ, CR 10-00048 DLJ